UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Bennie Ramone Jackson, | ) | C/A No. 5:20-cv-03045-JD-KDW |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| South Carolina Department of | ) | |
| Corrections; Bryan P Stirling, Director; | ) | |
| Terrie Wallace, Warden; and Henry | ) | |
| McMaster, Governor, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding pro se and *in forma pauperis*, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. On May 21, 2021, Defendant McMaster filed a Motion for Summary Judgment, ECF No. 59, and on June 11, 2021, Defendants South Carolina Department of Corrections; Bryan Sterling, Director; and Terrie Wallace, Warden filed a separate Motion for Summary Judgment, ECF No. 65. Because Plaintiff is proceeding pro se, the court entered an order pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of such motions and of the need for him to file adequate responses. ECF No. 66. Plaintiff was specifically advised that if he failed to respond adequately, the Defendants' motions may be granted, thereby ending this case against him. *See id.* However, notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff has failed to respond to Defendants' Motions for Summary Judgment. Based on the foregoing, Plaintiff is directed to advise the court whether he wishes to continue with this case and to file a response to Defendants' Motion by **August 23, 2021**. Plaintiff is further advised that if he fails to respond, this action will be recommended

for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70

(4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

July 26, 2021                                              Kaymani D. West
Florence, South Carolina                    United States Magistrate Judge